[No. 74328-7-I.   Division One.   March 6, 2017.]

GREGG SMITH ET AL., *Respondents*, v. LARRY L. PETERSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-22750-2, Carol A. Schapira, J., entered October 26, 2015. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Appelwick and Mann, JJ.

[No. 74343-1-I.   Division One.   March 6, 2017.]

*In the Matter of the Marriage of* JOHN B. VELEZMORO, *Respondent*, and KAROLINA N. VELEZMORO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-01804-9, Carol A. Schapira, J., entered October 29, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 74420-8-I.   Division One.   March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAUN EUGENE KING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00523-0, Millie M. Judge, J., entered December 10, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 74422-4-I.   Division One.   March 6, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02005-2, Douglass A. North, J., entered December 10, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.